UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JASMINE BRIGGS | CIVIL DOCKET NO. 1:22-CV-02185 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| POPULUS FINANCIAL GROUP INC., ET AL | MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 30] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that Populus' MOTION TO COMPEL ARBITRATION [Doc. 9] is GRANTED.

IT IS FURTHER ORDERED that Populus' MOTION TO DISMISS [Doc. 9] is GRANTED and Briggs' action is DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 4th day of August 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE